RECEIVED
SDNY PRO SE OFFICE
2022 JUL -6 AM 10: 52

1664 Davidson Avenue
Apt. 1B
Bronx NY 10453
July 1, 2022
917-659-3397
samhsloan@gmail.com

Clerk's Office
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10003

Re: Securities Exchange Commission vs. Samuel H. Sloan & Co. 71 CV 2695

Dear Sirs:

Around three months ago I filed a motion in the above case or cases to vacate a preliminary injunction entered in or about fifty years ago in about 1967. I also paid a check for $64 to bring back the original file in this case that I was told would be found at the National Archives at One Bowling Green.

A few days later I received in the mail your check for $64 you sent me because you did not have the files I wanted reinstated.

Unfortunately, when I was on the way to the bank to deposit your check for $64, the check was lost or misplaced while I was riding the New York City Subway. When I realized the check had been lost or misplaced, I filed a report with the New York City Subway Lost and Found Department. That department has since reported to me that they have been unable to find the check.

I feel it is most unlikely that the check will ever be found in view of the vastness of the New York City Subway System, so could you please send me a replacement check for $64. Please note that my motion to dismiss this original case and to vacate the preliminary injunction from 1967 is still pending and I will continue and I will pursue it.

Now just yesterday the United States Supreme Court has rendered a decision in a ruling limiting the Environmental Protection Agency's authority to go beyond the limitations of the statute. This decision obviously applies to and includes the Securities Exchange Commission. I have been saying all along for the last more than fifty years that my books and records were properly

maintained and there was nothing wrong with them. My two bookkeepers, Hafdis Einarsdottir a/k/a Heidi Simonarson and Johanna Baldursdottir are still available and can still be contacted through Icelandic Airlines at JFK Airport. However, the SEC's case against me and my company was based entirely on the testimony of Sheldon Kanoff who was a totally unqualified person with no background or experience in either accounting or securities. Kanoff was subsequently convicted of conspiring with organized crime figures to violate the securities laws. Kanoff has since died and has gone to Hell.

So kindly reimburse the $64 and proceed with my motion to vacate the injunction and dismiss the case.

Very Truly Yours,

*Samuel H. Sloan*

Samuel H. Sloan



Pro Se
EN

RECEIVED
JUL 05 2022
CLERK'S OFFICE
S.D.N.Y.

Clerk's Office
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10003

San Sloan
1664 Davidson Avenue
Apt. 1B
Bronx NY 10453

