Oct 7 2023

Dear Judge Gardephe

I have not received any response to my request dated 7-1-2022 for replacement of $64 check that was lost in the subway. Please proceed to reimburse the check for $64 as I am sure it has been lost forever.

Also kindly proceed for a hearing before you or a magistrate judge to dismiss this case that has been pending since 1971 as it has been pending since 1971 and the sole witness for the SEC is long since dead and there were never any grounds. Freedom of Information Act requests showed that in 1971 the 5 SEC Commissioners denied this request of the SEC staff to file this case in any way without permission. You will see that it was a personal issue and staff members made a personal issue as they disliked me. You can see this from my Wikipedia profile.

Samuel H Sloan