AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 71-cv-2695 |
| Samuel H. Sloan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 03/13/2023

/s/ Alexander M. Vasilescu
*Attorney's signature*

Alexander M. Vasilescu (NY Bar # 22270254)
*Printed name and bar number*

100 Pearl Street, Suite 20-100
New York, NY 10004-2616
*Address*

vasilescua@sec.gov
*E-mail address*

(212) 336-0178
*Telephone number*

(703) 813-3282
*FAX number*