

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

March 13, 2023

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Securities and Exchange Commission v. Samuel H. Sloan, 1:71-cv-2695

Judge Gardephe:

    Plaintiff United States Securities and Exchange Commission confirms that it has reviewed, and does not oppose, the *Motion to Vacate Injunctions* filed on May 6, 2022 by Defendant Samuel H. Sloan, appearing *pro se* (Docket No. 2).[1] Please let the Commission staff know if there are any other matters you would like the Commission to address regarding this matter.

Very truly yours,

**MEMO ENDORSED**

Because Plaintiff SEC does not oppose the motion to vacate (Dkt No. 2) the motion is granted. The Clerk of Court will terminate the motion and close this case.

SO ORDERED:

*Paul A Gardephe*
Paul G. Gardephe, U.S.D.J.
March 31, 2023

/s/ Alexander Vasilescu
Alexander Vasilescu (NY office and admitted in SDNY)
Timothy N. McGarey (Not admitted in SDNY).
Special Trial Counsel
Office of General Counsel
Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549-9612
McGareyT@sec.gov
(202) 551-5179

cc: Samuel H. Sloan (via ECF)

---

[1] Sloan's pleading is ambiguous. The Commission treated Sloan's motion as seeking vacatur of the judgment of permanent injunction entered against him in January 1974 rather than the prior preliminary injunction entered against Sloan on his consent in June 1971.